IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

TREMAYNE CALVERT                                                                    PLAINTIFF

VS.                                                                              NO. 1:04CV49-D-D

ELJER PLUMINGWARE INC., et al.                                                  DEFENDANTS

## ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant Eljer Plumbingware's motion for summary judgment (docket entry 42) is GRANTED;

(2) the Defendant Union's motion for summary judgment (docket entry 44) is GRANTED;

(3) the Plaintiff's claims are DISMISSED; and

(2) this case is CLOSED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 19th day of July 2005.

/s/ Glen H. Davidson
Chief Judge